Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
Telephone: 707-425-3358
Facsimile: 707-359-0211
E-mail: steve@murphyesq.net

Attorney for the Debtor(s)
WALTER FERNANDO MARTINEZ and ROSA ELBA MARTINEZ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA

| | |
|---|---|
| In re | Case No.: 12-12622 AJ 13 |
| | Chapter 13 |
| WALTER FERNANDO MARTINEZ<br>XXX-XX-1718 | DC No.: SNM-1 |
| ROSA ELBA MARTINEZ<br>XXX-XX-8974 | **MOTION FOR DISMISSAL OF CHAPTER 13 PROCEEDING UNDER 11 U.S.C. § 1307(b) and B.L.R. 1017-2** |
| Debtor(s). | Judge: Alan Jaroslovsky |

TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE, THE UNITED STATES TRUSTEE, CHAPTER 13 TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1307(b) and B.L.R. 1017-2, WALTER FERNANDO MARTINEZ and ROSA ELBA MARTINEZ, Debtors and Petitioners herein, respectfully request to be dismissed without prejudice from the above captioned bankruptcy proceeding. 11 U.S.C. § 1307(b) provides:

"On request of the debtor at any time, if the case has not been converted under § 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable."

**WHEREFORE** Debtors, WALTER FERNANDO MARTINEZ and ROSA ELBA MARTINEZ, pray that an order dismissing their case without prejudice be issued under 11 U.S.C. § 1307(b) and B.L.R. 1017-2, and that all subsequent hearings on calendar for this matter be vacated.

Dated: October 31, 2012  /s/ Stephen Murphy
STEPHEN MURPHY
*Attorney for the Debtors*

Dated: October 31, 2012  /s/ Walter Fernando Martinez
WALTER FERNANDO MARTINEZ
*Debtor*

Dated: October 31, 2012  /s/ Rosa Elba Martinez
ROSA ELBA MARTINEZ
*Joint-Debtor*

MOTION FOR DISMISSAL (SNM-2)
*MARTINEZ 12-12622*

2